**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 24-80727-CIV-CANNON**

**GARFIELD SPENCE,**

    Plaintiff,

v.

**WELLINGTON LAND DEVELOPMENT, L.L.C.,**

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement, filed on July 22, 2024, in which the parties advise that they have settled this matter [ECF No. 9].  The Court has carefully reviewed the file and is fully advised.  Upon review, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation of Dismissal on or before **August 22, 2024**.

2. If the parties fail to complete the expected settlement, any party may move the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 24-80727-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 23rd day of July 2024.

_____<br>
**AILEEN M. CANNON**<br>
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record